UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 8/12/2025 __

FELICIA GONZALEZ,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------------X

25-CV-01682 (SN)

ORDER

SARAH NETBURN, United States Magistrate Judge:

The parties are directed to meet and confer to address Plaintiff's motion for an award of attorneys' fees and costs in an effort to conserve judicial and attorney resources. Within 30 days of Plaintiff's motion, the government shall file either a stipulation regarding the motion, or an opposition to Plaintiff's motion. Any reply may be filed 14 days later.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED:      August 12, 2025
            New York, New York