```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIA GONZALEZ,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**STIPULATION AND ORDER REGARDING ATTORNEY FEES**

Civil Action No.
1:25-cv-01682-SN

(Netburn, M.J.)

The parties, through their attorneys, stipulate that Plaintiff is awarded to $787.40 in attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and if Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: August 15, 2025

| | |
|---|---|
| /s/ Daniel Berger | JAY CLAYTON |
| DANIEL BERGER | United States Attorney |
| Attorney for Plaintiff | Sothern District of New York |
| Ny Disability, LLC. | Attorney for Defendant |
| 1000 Grand Concourse, Suite 1-A | |
| Bronx, NY 10451 | By: /s/ Sergei Aden |
| (718) 588-4715 | SERGEI ADEN |
| Fax: (718) 588-7319 | Special Assistant United States Attorney |
| Email: danielbergeresq@aol.com | Office of Program Litigation, Office 2 |
| | Office of the General Counsel |
| | Social Security Administration |
| | 6401 Security Boulevard |
| | Baltimore, MD 21235 |
| | 212-264-2026 |
| | Sergei.Aden@ssa.gov |

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 15, 2025
      New York, New York